IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McDaniel, Colleen | Case Number: 04 B 35615 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 3/25/08 | Filed: 9/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: March 6, 2008
Confirmed: November 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,860.00 |  |
| Secured: |  | 4,899.25 |
| Unsecured: |  | 1,361.88 |
| Priority: |  | 131.50 |
| Administrative: |  | 2,144.00 |
| Trustee Fee: |  | 463.37 |
| Other Funds: |  | 860.00 |
| Totals: | 9,860.00 | 9,860.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,144.00 | 2,144.00 |
| 2. | HSBC Auto Finance | Secured | 4,899.25 | 4,899.25 |
| 3. | Illinois Dept of Revenue | Priority | 131.50 | 131.50 |
| 4. | Capital One | Unsecured | 46.50 | 86.41 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 25.50 | 47.37 |
| 6. | World Financial Network Nat'l | Unsecured | 19.67 | 36.55 |
| 7. | ECast Settlement Corp | Unsecured | 67.13 | 124.74 |
| 8. | Quick Payday | Unsecured | 40.00 | 74.32 |
| 9. | Capital One | Unsecured | 52.72 | 97.95 |
| 10. | Avon Morton Grove | Unsecured | 41.61 | 77.30 |
| 11. | World Financial Network Nat'l | Unsecured | 37.53 | 69.72 |
| 12. | HSBC Auto Finance | Unsecured | 276.50 | 513.71 |
| 13. | Capital One | Unsecured | 125.83 | 233.81 |
| 14. | Brylane Home | Unsecured | | No Claim Filed |
| 15. | Aero Advance Financial Inc | Unsecured | | No Claim Filed |
| 16. | Bank First | Unsecured | | No Claim Filed |
| 17. | Certified Credit Corporation | Unsecured | | No Claim Filed |
| 18. | Charter One Bank | Unsecured | | No Claim Filed |
| 19. | Collecto Credit | Unsecured | | No Claim Filed |
| 20. | Comcast | Unsecured | | No Claim Filed |
| 21. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 24. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 25. | MCI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McDaniel, Colleen | Case Number: 04 B 35615 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 3/25/08 | Filed: 9/24/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Northwest Collectors | Unsecured | | No Claim Filed |
| 27. | Midwest Diangnostic | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,907.74 | $ 8,536.63 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 90.48 |
| 4% | 32.47 |
| 3% | 20.88 |
| 5.5% | 108.47 |
| 5% | 34.80 |
| 4.8% | 72.39 |
| 5.4% | 103.88 |
| | _____ |
| | $ 463.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

